IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-30371 |
| | | Chapter 11 |
| ALPHAONE EXTERIORS LLC, | : | Judge Guy R Humphrey |
| Debtor and Debtor-In-Possession. | : | |

**APPLICATION OF ALPHAONE EXTERIORS LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT T FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, COMBINED WITH NOTICE HEREIN**

**NOTICE TO ALL CREDITORS AND PARTIES IN INTEREST**

**You are hereby notified** that the Debtor has filed papers with the Court requesting an Order pursuant to the above referenced Motion, Application and/or Objection (hereinafter called the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, then on or before Twenty-One (21) days from the Date of Issuance set forth below, you or your attorney must file a written response in accordance with the Court's local rules and filing procedures.

> The Clerk of Court's address is: U.S. Bankruptcy Court Clerks Office, 120 W. Third Street, Dayton, OH 45402.
> Copies of the Court's Administrative Procedures for electronic court filings can be found at the following website: http://www.ohsb.uscourts.gov

You must file the response early enough so the Court will **receive** it on or before the date stated above.

You must also provide a copy of your response to Patricia J Friesinger. You may either electronically serve Patricia J. Friesinger through the court's ECF System or mail a copy to the following address: Patricia J. Friesinger, Coolidge Wall, Co, L.P.A, 33 W. First Street, Ste. 200, Dayton, OH 45402.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Trustee's Motion and may enter an order granting that relief.

| | |
|---|---|
| March 1, 2024 | */s/Patricia J. Friesinger* |
| Date of Issuance | Patricia J. Friesinger |

1

# MOTION

AlphaOne Exteriors LLC, Debtor and Debtor-In-Possession ("Debtor") hereby submits this application (the "Application") to this Court pursuant to section 327(e) of the Bankruptcy Code, and FRBP 2014, for the entry of an Order authorizing the retention of Patricia J. Friesinger ("Friesinger") and the law firm of Coolidge Wall Co., L.P.A. (the "Firm") as general counsel for the Debtor *nunc pro tunc* as of the Petition Date (as defined herein) in this Chapter 11, Subchapter V proceeding. In support of this Application, the Debtor submits the affidavit of Friesinger, a shareholder of the Firm, which is attached as Exhibit "A." A proposed Order granting the Application is attached hereto as Exhibit "B."

Attached is the Memorandum in Support.

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

*/s/ Jarrod Clauser*

Jarrod Clauser
Authorized Representative

*/s/ Patricia J. Friesinger*

Patricia J. Friesinger (0072807)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail: friesinger@coollaw.com

*Proposed Counsel for Debtor and Debtor-In-Possession AlphaOne Exteriors LLC*

# MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this Application under 28 U.S.C. § 1334. Venue of this proceeding is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409. The subject matter of this Application is a core proceeding pursuant 27 U.S.C. § 157(b)(2).

2. The statutory basis for the relied requested herein are sections 105(a), 327, 1107 and 1108 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and LBR 2014-1.

## BACKGROUND

3. On March 1, 2024 (the "Petition Date"), the Debtor commenced this case by filing a voluntary petition under Chapter 11, Subchapter V, of the Bankruptcy Code. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is operating its business and managing its affairs as a debtor-in-possession. A Subchapter V Trustee will be appointed in this case.

4. The Debtor is a limited liability corporation in the State of Ohio as of Ohio, as a heating and cooling company with its principal place of business in Dayton, Ohio.

5. The Debtor filed this Chapter 11, Subchapter V proceeding in order to reorganize its debts and maintain its operations and employees.

## RELIEF REQUESTED

6. Your applicant seeks to employ and retain the Friesinger and the Firm as its counsel with regards to the filing and prosecution of this Chapter 11, Subchapter V case and all related matters, effective *nunc pro tunc* as of the Petition Date. Accordingly, the Debtor respectfully requests entry of an order pursuant to 327(a) of the Bankruptcy Code authorizing it to employ Friesinger and the Firm as its general bankruptcy counsel under a general retainer to perform the legal services that will be necessary during this Chapter 11, Subchapter case.

7. Friesinger and the Firm are well qualified to represent the Debtor. Friesinger and the Firm are familiar with the Debtor's business affairs and may of the potential legal issues that may

arise in connection with this Chapter 11, Subchapter V case. The Firm is familiar with the Debtor's business, property, financial affairs and capital structure. In selecting the Firm as general bankruptcy counsel, the Debtor considered the Firm's knowledge, expertise and experience in reorganization and bankruptcy law. In addition, the Firm's attorneys responsible for representing the Debtor in matters relating to its reorganization are members of the restructuring, reorganization, corporate and bankruptcy practice groups, with experience in a wide range of bankruptcy cases. Therefore, the Debtor believes that the Firm is well qualified to serve as its bankruptcy counsel and that retention of the Firm is in the best interest of the estate.

8. Your applicant desires to employ Friesinger and the Firm on an hourly rate basis, with compensation proposed as set forth below;

9. Friesinger is a partner of the Firm and from time to time, other attorneys and other professionals of the firm may be called upon to perform legal services for the applicant in the within matter at the following standard hourly rates in 2024 at $380.00 per hour for Friesinger's time; in 2024 at $225.00 - $600.00 per hour for attorney time; and in 2024 at $170.00 - $275.00 per hour for paralegal time (said rates are reviewed and revised for all clients in January of each year). All fees are subject to application and allowance by this Court; and it is desired that the Firm be named "General Counsel."

10. The professional services that Friesinger and the Firm will render to the Debtor include, but not limited to, the following:

    a.    advise the Debtor with respect to its powers and duties as the debtor-in-possession in the continued management and operation of its business;

    b.    attend meeting and negotiate with representatives of creditors and other parties of interest;

  c. take all necessary action, in accordance with the Trustee, to protect and preserve the Debtor's estate, including the prosecution of actions on the Debtor's behalf, the defense of any action commenced against the Debtor, negotiations concerning all litigation in which the Debtor is involved, and objections to claims filed against the estate;

  d. prepare on behalf of the Debtor certain motions, applications, answers, orders, reports and papers necessary to the administration of the estate;

  e. promote the plan of reorganization, disclosure statement, and all related agreements and/or documents filed contemporaneously herewith or hereafter, and take any necessary action on behalf of the Debtor to obtain confirmation of such plan, as necessary;

  f. advise the Debtor in connection with any potential sale of assets;

  g. appear before this Court, any appellate courts and the United States Trustee and protect the interests of the Debtor's estate before such Courts and the United States Trustee;

  h. consult with the Debtor regarding tax matters; and

  i. perform all necessary legal services and provide all other necessary legal advice to the Debtor in connection with this Chapter 11, Subchapter V case.

11. To the best of the Debtor's knowledge, and except as disclosed in the Affidavit, Friesinger and the Firm have not represented the Debtor's creditors, equity security holders, or any other parties-in-interest, or their respective attorneys and accountants, the United States Trustee or any person employed in the office of the United States Trustee, in any matter relating to the Debtor or its estate.

12. The Debtor desires to retain Friesinger and the Firm under the retainer arrangement set forth in the Affidavit because of the extensive legal services that may be required and the fact that the matter and extent of such services are not known at this time. To the best of the Debtor's knowledge, Friesinger and the Firm do not hold or represent any interest adverse to the Debtor's estate, Friesinger and the Firm are a "disinterested person" as defined in section 101(14) of the

Bankruptcy Code, and Friesinger and the Firm's employment is necessary and in the best interests of the Debtor's estates.

13. On February 7, 2024, the Firm received payment from the Debtor in the amount of $12,000.00 and on February 9, 2024 a payment in the amount of $3,000.00 totaling $15,000.00 for its prepetition services and expenses rendered on behalf of the Debtor in connection with general representation and preparation and commencement of this Chapter 11, Subchapter V proceeding. The Firm shall retain the deposit to be applied to any fees, charges, and disbursements which remain unpaid at the end of this case as ordered by the Court. The Statement of Financial Affairs identifies the amounts from the retainer applied to the pre-petition fees of the Debtor.

**WHEREFORE,** the Debtor respectfully requests that the Court enter an Order, substantially in the form simultaneously filed herewith, (i) authorizing the Debtor to employ Friesinger and the Firm as attorneys for the Debtor in this Chapter 11, Subchapter V proceeding; and (ii) granting such further relief as is just and proper.

Respectfully submitted,

COOLIDGE WALL CO., L.P.A.

*/s/ Jarrod Clauser*

Jarrod Clauser
Authorized Representative

*/s/ Patricia J. Friesinger*

Patricia J. Friesinger (0072807)
33 West First Street, Suite 600
Dayton, Ohio 45402
Tel: 937/223-8177  Fax: 937/223-6705
E-Mail: friesinger@coollaw.com

*Proposed Counsel for Debtor and Debtor-In-Possession AlphaOne Exteriors LLC*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing **APPLICATION OF ALPHAONE EXTERIORS LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT T FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION, COMBINED WITH NOTICE HEREIN** was caused to be served on this the 1st day of March, 2024 as follows:

Upon the following, pursuant to the Court's ECF Noticing Service

- Asst US Trustee (Day)    USTPRegion09.CB.ECF@usdoj.gov

Upon all parties in interest at the addresses listed on the attached Matrix via regular U.S. Mail.

                                                         /s/*Patricia J. Friesinger*

                                                         _____

                                                         Patricia J. Friesinger

## DECLARATION OF PATRICIA J. FRIESINGER

I, Patricia J. Friesinger, hereby declare under penalty of perjury:

1. I am an adult over the age of eighteen and am competent to testify to the matters herein.

2. To the best of my knowledge, neither myself, the firm of Coolidge Wall Co., L.P.A., nor any employee thereof, insofar as I have been able to ascertain, has any connection with the above-named Debtor(s) or creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except as follows:

| Party | Specifics |
| --- | --- |
| ABC Supply Co., Inc. | This is a former client of a current attorney in the firm Ms. Friesinger had no direct contact or involvement as counsel for ABC Supply Co., Inc. No representation of this client was undertaken as relates to the debtor or this debt. |
| AES Ohio (fka DPL) | This is a former client previously represented by a former attorney of the firm. The last matter in which the firm represented this entity was concluded in 2003. Ms. Friesinger has not had any involvement in representing this entity. No representation of this client was undertaken as relates to the debtor or this debt. |
| Capital One Financial Corp. | This is a former client previously represented by a former attorney of the firm. No work has been done for this client since 2008. Ms. Friesinger has not been involved in representing this client. No representation of this client was undertaken as relates to the debtor or this debt. |
| The Sherwin Williams Co. | This is a former client previously represented by a former attorney of the firm. The last matter in which the firm represented this entity was concluded in 2003. Ms. Friesinger has not had any involvement in representing this entity. No representation of this client was undertaken as relates to the debtor or this debt. |
| Vectren Energy (kna Centerpoiint Energy) | This is a former client of a current attorney of the firm who will not be involved in the |

EXHIBIT A

|  | proposed representation. No work has been done for this client since 2017. Ms. Friesinger has not had any involvement in representing that client. No representation of this client was undertaken as relates to the debtor or this debt. |
|---|---|
| US Bank | This is a client of a current attorney of the firm who will not be involved in the proposed representation. No work has been done for this client since 2020. Ms. Friesinger has not been involved in representing this client. No representation of this client was undertaken as relates to the debtor or this debt. |
| US Trustee's Office | Ms. Friesinger has been appointed as a Chapter 7 panel trustee and, as such, reports to the US Trustee's office in that capacity. |

3. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, has a known past or present relationship to the debtor(s), any creditor, or equity security holder of the debtor, except that in my years as a practicing bankruptcy attorney, I have frequently appeared as opposing counsel in other bankruptcy cases. I may have had incidental contact with some of these creditors in the course of my representation of debtors, other creditors, and chapter 7 trustees, but these contacts do not represent conflicts of interest in my estimation, particularly since the proposed representation does not include determination of claims.

4. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, holds any interest adverse to the estate in the matters upon which I am to be engaged nor has any business interest in the debtor(s) and each is a disinterested person within the meaning of 11 U.S.C. §101(14).

5. To the best of my knowledge, neither myself, the firm of Coolidge; nor any employee thereof, insofar as I have been able to ascertain, employment would be prohibited by or improper under Bankruptcy Rule 5002.

Pursuant to 28 U.S.C § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: March 1, 2024

*/s/ Patricia J. Friesinger*
_____
Patricia J. Friesinger

Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| IN RE: | : | Case No. 24-30371 |
| | | Chapter 11 |
| ALPHAONE EXTERIORS LLC, | : | Judge Guy R Humphrey |
| Debtor and Debtor-In-Possession. | : | |

**ORDER GRANTING APPLICATION OF ALPHAONE EXTERIORS LLC, DEBTOR AND DEBTOR-IN-POSSESSION, PURSUANT T FED. R. BANKR. P. 2014(a) FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF PATRICIA J FRIESINGER, ESQ. AND COOLIDGE WALL CO., L.P.A *NUNC PRO TUNC* AS COUNSEL FOR THE DEBTOR AND DEBTOR-IN-POSSESSION [DOC. --]**

**THIS MATTER** is before the Court pursuant to the Application of AlphaOne Exteriors LLC, Debtor and Debtor-In-Possession to employ Patricia J. Friesinger, Esq. and Coolidge Wall Co., L.P.A. *nunc pro tunc* filed herein on March 1, 2024 [Doc. __] (the "Counsel Application"). Upon the Court's review of the Counsel Application, the exhibits thereto and for good cause shown, the court hereby finds that Patricia J Friesinger is an attorney duly authorized to practice in this Court, Patricia J. Friesinger does not hold or represent any interest adverse to the estate and is a disinterested person.

It is therefore, **ORDERED, ADJUDGED AND DECREED** that AlphaOne Exterior LLC,

1

herein be and hereby is authorized to employ Patricia J. Friesinger to represent the Debtor and Debtor-In-Possession according to the terms set forth in the Counsel application and further that the firm of Coolidge Wall Co., L.P.A. be, and hereby is, designated as "General Counsel," effective as of the date of the Counsel Application.

**SO ORDERED.**

cc: Default List

2

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0648-3<br>Case 3:24-bk-30371<br>Southern District of Ohio<br>Dayton<br>Fri Mar  1 11:43:11 EST 2024 | ABC Supply<br>1 ABC Parkway<br>Beloit, WI 53511-4466 | AlphaOne Exteriors LLC<br>1945 Southtown Blvd<br>Suite C<br>Dayton, OH 45439-1985 |
| American Express<br>200 Vesey St.<br>New York, NY 10285-0002 | Asst US Trustee (Day)<br>Office of the US Trustee<br>170 North High Street<br>Suite 200<br>Columbus, OH 43215-2417 | Capital One<br>1680 Capital One Drive<br>Mc Lean, VA 22102-3407 |
| (p)CHANNEL PARTNERS CAPITAL  LLC<br>ATTN LEGAL DEPARTMENT<br>10900 WAYZATA BOULEVARD SUITE 300<br>MINNETONKA MN 55305-1576 | (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chris D. Collins, Esq.<br>100 Lexington Street, Suite 151<br>Fort Worth, TX 76102-2758 |
| Colleen Sallee<br>1010 Fountain Creek Blvd<br>Pottsboro, TX 75076-7078 | Ed Desorcy<br>2223 Hanes Road<br>Dayton, OH 45432-2413 | Patricia J Friesinger<br>Coolidge Wall Co., L.P.A.<br>33 West First Street, Suite 600<br>Dayton, OH 45402-1289 |
| Jarrod Clauser<br>5000 North Diamond Mill Drive<br>Dayton, OH 45426-4241 | Jason Wyse<br>208 Green Street<br>Dayton, OH 45402-2936 | Jonathan Cater<br>22432 Beech Street<br>Dearborn, MI 48124-2706 |
| Julie Soniat<br>246 Lockheed Drive<br>Vandalia, OH 45377-2241 | Keyur Patel<br>773 Kingston Dr.<br>Ft Mitchell, KY 41017-9626 | Marco Majors<br>787 Paradise Cove Rd.<br>Pottsboro, TX 75076-6278 |
| Menards<br>5101 Menard Dr.<br>Eau Claire, WI 54703-9604 | Modern Builders Supply<br>3500 Phillips Ave<br>Toledo, OH 43608-1070 | Peac Solutions<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| Prime 1 LLC<br>c/o Keyur Patel<br>773 Kingston Dr<br>Ft Mitchell, KY 41017-9626 | Prime 3 LLC<br>c/o Keyur Patel<br>773 Kingston Dr<br>Ft Mitchell, KY 41017-9626 | Scott Broering<br>730 Stonecress Drive<br>Tipp City, OH 45371-1270 |
| Shawn Webster<br>5511 Durnwood Street<br>Dayton, OH 45429-5965 | (p)THE SHERWIN WILLIAMS COMPANY<br>ATTN BANKRUPTCY LEGAL DEPARTMENT<br>1100 MIDLAND<br>101 WEST PROSPECT AVENUE<br>CLEVELAND OH 44115-1093 | Steven Snelson<br>4849 Greenville Ave<br>Dallas, TX 75206-4130 |
| Stu Press<br>PO Box 177<br>Dillon, CO 80435-0174 | Sutton Leasing Inc<br>3555 E 14 Mile Road<br>Sterling Heights, MI 48310-6153 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |

United States EPA Region 5
Office of Regional Counsel
77 West Jackson Boulevard
Chicago, IL 60604-3511

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Channel Partners Capital
11100 Wayzata Blvd
Hopkins, MN 55305

Chase
Po Box 15298
Wilmington, DE 19850

Sherwin Williams
101 W Prospect Ave
Cleveland, OH 44115

US Bank
P.O. Box 5227
Cincinnati, OH 45201

End of Label Matrix
Mailable recipients    30
Bypassed recipients     0
Total                  30